Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

EDWIN JAMES STORRS JR

CASE NO: 13-70105-HDH-13
HEARING DATE: 12/18/2013
HEARING TIME: 10:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 015 0 U | BANK OF NEVADA | $1,585.59 | 016 0 U | CAP ONE | $663.00 |
| 018 0 U | CHASE | $244.00 | 019 0 U | CITIBANK USA | $2,539.00 |
| 021 0 U | IC SYSTEMS INC | $56.00 | 023 0 U | PRFRD CUS AC | $4,460.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | DIVERSIFIED FINANCIAL SERVICES LLC | 2005 JOHN DEER TRACTOR | $13,823.01 | $13,450.00 | 6.00% | 60 | $285.23 PAID BY TRUSTEE |
| 009 0 | SHEFFIELD FINANCIAL | 4-WHEELER | $2,520.07 | $3,000.00 | 6.00% | 60 | $54.08 PAID BY TRUSTEE |
| 010 0 | EECU | 2009 CHEVROLET SILVERADO 1500 PICKUP | $19,556.31 | $19,556.31 | 6.00% | 60 | $437.74 PAID BY TRUSTEE |
| 011 0 * | EECU | 2009 CHEVROLET SILVERADO 1500 PICKUP | $0.00 | $18,620.00 | | | SURRENDERED |
| 012 0 | NOCONA ISD & NOCONA HOSPITAL DIST | 2013 PROPERTY TAXES/1011 YOUNG | $10.00 | $800.00 | | | PD DIRECT BY DEBTOR |
| 013 0 | NOCONA ISD & NOCONA HOSPITAL DIST | 2013 PROPERTY TAXES/4063 DIXIE SCHOOL RD | $778.00 | $201,450.00 | | | PD DIRECT BY DEBTOR |
| 035 0 * | MONTAGUE COUNTY | 2013 PROPERTY TAXES | $329.77 | $201,450.00 | | | PD DIRECT BY DEBTOR |

  Not provided for in confirmed plan.  See Trustee's Modificaiton below.

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 008 1 U | DIVERSIFIED FINANCIAL SERVICES LLC | $373.01 | 014 0 U | ECAST SETTLEMENT CORPORATION | $4,254.06 |
| | *SPLIT CLAIM/2005 JOHN DEER TRACTOR* | | | *PURCHASES/BANK OF AMERICA* | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 017 0 U | | CAPITAL ONE NA | $469.82 | 020 0 U | | CITIBANK NA | $608.66 |
| | | PURCHASES/BEST BUY | | | | LOAN | |
| 022 0 U | | CERASTES LLC | $605.07 | 024 0 U | | WELLS FARGO BANK NA | $9,664.16 |
| | | PUCHASES | | | | LOAN | |
| 025 0 U | * | WELLS FARGO FINANCIAL NATIONAL BANK | $4,532.88 | 031 0 U | * | WELLS FARGO BANK NA | $5,961.32 |
| | | PURCHASES/SLEEP EXPERTS STORE - OBJECTION | | | | PURCHASES | |
| 042 0 U | * | ASHLEY FUNDING SERVICES LLC | $16.28 | 048 0 U | * | ASHLEY FUNDING SERVICES LLC | $60.18 |
| | | MEDICAL SERVICES | | | | MEDICAL SERVICES/LABORATORY CORP OF AMERICA | |
| 050 0 U | * | LVNV FUNDING | $9,764.50 | | | | |
| | | DEFICIENCY/CITIFINANCIAL AUTO CORP | | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Montague County's $329.77 secured claim, clerk's claim #5, shall be valued for $201,450.00 and paid directly by debtors. Beginning 4/21/2013 debtor shall make 9 payments of $720.00. Beginning 1/21/2014 debtor shall make 51 payments of $864.00; for a total plan contribution of $50,544.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 12/18/2013 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/1/2013                                    /s/ Walter O'Cheskey
                                                     _____
                                                     Walter O'Cheskey
                                                     Chapter 13 Trustee

```
ASHLEY FUNDING SERVICES LLC C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603
BANK OF AMERICA PO BOX 982235  EL PASO TX 79998
BANK OF AMERICA PO BOX 982238  EL PASO TX 79998
BANK OF NEVADA PO BOX 927830  SAN DIEGO CA 92192
CAP ONE PO BOX 5253  CAROL STREAM IL 60197
CAP1/BSTBY 26525 N RIVERWOODS BLVD  METTAWA IL 60045
CAPITAL ONE NA C/O BASS & ASSOCIATES PC 3936 E FT LOWELL RD  SUITE 200 TUCSON AZ 85712
CERASTES LLC C/O WEINSTEIN AND RILEY PS 2001 WESTERN AVENUE  SUITE 400 SEATTLE WA 98121
CERASTES LLC C/O WEINSTEIN AND RILEY PS PO BOX 3978 SEATTLE WA 98124
CHASE 201 N WALNUT ST DEL 1027  WILMINGTON DE 19801
CHERI A STORRS 4063 DIXIE SCHOOL  NOCONA TX 76255
CITIBANK NA 701 EAST 60TH STREET NORTH  SIOUX FALLS SD 57117
CITIBANK NA PAYMENT CENTER 4740 121ST ST URBANDALE IA 50323
CITIBANK PO BOX 790034  ST LOUIS MO 63179
CITIBANK USA CITICORP CREDIT SERVICES/ATTN: CENTRALIZ PO BOX 20507 KANSAS CITY MO 64195
CO PERDUE BRANDON & FIELDER PO BOX 8188  WICHITA FALLS TX 76307
DIVERSIFIED FINANCIAL SERVICES GROSS & WELS PC LLC ATN RONALD EGGERS 2120 SOUTH 72ND STREET  SUITE 1500 OMAHA NB 68124
DIVERSIFIED FINANCIAL SERVICES LLC 2120 SOUTH 72ND STREET  SUITE 1500  OMAHA NB 68124
DIVERSIFIED FINANCIAL SERVICES PO BOX 2027  OMAHA NE 68103
ECAST SETTLEMENT CORPORATION PO BOX 29262  NEW YORK NY 10087
EDWIN JAMES STORRS JR 4063 DIXIE SCHOOL  NOCONA TX 76255
EECU PO BOX 1777  FORT WORTH TX 76101
FIA CARD SERVICES NA 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO NC 27410
GE CAPITAL RETAIL BANK C/O RECOVERY MGM SYS CORP 25 SE 2ND AVENUE  SUITE 1120 MIAMI FL 33131
IC SYSTEMS INC PO BOX 64378  ST PAUL MN 55164
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LINEBARGER GOOGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
LVNV FUNDING C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603
MONTAGUE CAD J DEATON ASSESSOR COLLECTOR PO BOX 121 MONTAGUE TX 76251
MONTAGUE COUNTY 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
NOCONA ISD & NOCONA HOSPITAL DIST PO BOX 8  MONTAGUE TX 76251
NTB/CBSD CITICARDS PRIVATE LABEL BANKRUPTCY PO BOX 20483 KANSAS CITY MO 64195
PRFRD CUS AC PO BOX 94498  LAS VEGAS NV 89193
SHEFFIELD FINANCIAL BANKRUPTCY SECTION 100-50-01-51 PO BOX 1847 WILSON NC 27894
SHEFFIELD FN BB&T/ATTN: BANKRUPTCY DEPARTMENT PO BOX 1847 WILSON NC 27894
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO 1 HOME CAMPUS X2303-01A  DES MOINES IA 50326
WELLS FARGO BANK NA PO BOX 10438  DES MOINES IA 50306
WELLS FARGO BANK NA PO BOX 10438  MAC X2505-036  DES MOINES IA 50306
WELLS FARGO BANK NA WELLS FARGO CARD SERVICES PO BOX 9210 DES MOINES IA 50306
WELLS FARGO BANK NA WELLS FARGO SERVICING CENTER PO BOX 94423 MAC Q2132-013 ALBUQUERQUE NM 87199
WELLS FARGO BANK PO BOX 10438  DES MOINES IA 50306
WELLS FARGO BANK WELLS FARGO CARD SERVICES 1 HOME CAMPUS 3RD FLOOR DES MOINES IA 50328
WELLS FARGO CARD SER 1 HOME CAMPUS 3RD FLOOR DES MOINES IA 50328
WELLS FARGO FINANCIAL NATIONAL BANK PO BOX 660431  DALLAS TX 75266
```